UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: CAP'T JACK'S CHARTER SERVICES INC.

---

CAP'T JACK'S CHARTER SERVICES INC., as owner of the M/V Reef Raider, official number 1104511, its engines, tackle, appurtenances, equipment, etc., in a cause of exoneration from or limitation of liability

        Plaintiff,

v.                                        Case No: 2:14-cv-686-FtM-38DNF

UNKNOWN,

        Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Claimants, Edmund and Beverly Hayes' Unopposed Motion to Lift Order Restraining Suits (Doc. #16) filed on March 16, 2015. The Hayes conferred with Cap't Jack's Charter Service and the Motion is unopposed.

On October 14, 2014, the Hayes filed a Complaint in the Circuit Court in the Twentieth Circuit in and for Lee County Florida. On December 9, 2014, this Court entered an Order (Doc. #6) granting Cap't Jack's Charter Service Motion for entry of an order for

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

an Ad Interim Stipulation of Value and restraining and enjoining the commencement of further prosecution of any claims, actions or proceedings against Cap't Jacks Charter Service or the Vessel until the instant action should be resolved. The Hayes now move the Court to lift the injunction and stay this case while they pursue a case in the Circuit Court for the Twentieth Judicial Circuit in and for Lee County Florida.

The Hayes filed their claim in these proceedings and are the only claimants to respond to this matter. The Hayes have entered into the necessary stipulations to protect Cap't. Jack's Charter Service's rights in this limitation action. As such, the Court finds that the Hayes are the single claimants entitled to proceed as to liability and damages in their State Court action. Since the Hayes filed the appropriate stipulations to protect the rights of Cap't. Jack's Charter Service, the Court will stay this action until such time as this Court may adjudicate the limitation of value issue which remains within its exclusive jurisdiction.

Accordingly, it is now

**ORDERED:**

Claimants, Edmund and Beverly Hayes' Unopposed Motion to Lift Order Restraining Suits (Doc. #16) is **GRANTED**.

(1) The Injunction prohibiting the filing of any other actions against Cap't Jacks Charter Service is hereby **LIFTED** only as to the State Court action brought by the Claimants Edmund and Beverly Hayes' against Cap't Jack's Charter Service.

(2) This action is **STAYED** pending the resolution of the underlying State Court case brought by Edmund and Beverly Hayes' against Cap't Jack's Charter Service.

(3) The Parties shall notify the Court when the stay is due to be lifted and the case can resume. The Clerk of the Court shall terminate all deadlines during the stay and place a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record